UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIANGSU SOHO TECHNOLOGY TRADING CO., INC.,

                          Plaintiffs,

-against-

AGE GROUP LTD.,

                          Defendants.

ANSWER TO COMPLAINT

Case No. 1:22-cv-04960-ALC

Defendant Age Group Ltd. ("Age" or "Defendant"), by its attorneys, Olshan Frome Wolosky LLP, answers the Complaint of Plaintiff Jiangsu Soho Technology Trading Co., Inc. ("Plaintiff") as follows:

## PARTIES

1. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint.

2. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint, except admits that the Defendant was a manufacturer of sleepwear and slippers.

3. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint.

## BACKGROUND

4. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint.

5. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint, except admits that the Defendant did business with the Plaintiff.

6. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint.

## JURISDICTION AND VENUE

7. Paragraph 8 of the Complaint purports to state legal conclusions to which no response is required.

8. Paragraph 9 of the Complaint purports to state legal conclusions to which no response is required.

9. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint.

10. Defendant denies the allegations in Paragraph 11 of the Complaint.

11. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint.

12. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint.

13. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint.

14. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint.

15. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint.

6347563-1

16. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint.

17. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint.

18. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Complaint.

19. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the Complaint.

20. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint.

21. Defendant denies the allegations in Paragraph 22 of the Complaint.

22. Defendant denies the allegations in Paragraph 23 of the Complaint.

23. Defendant denies the allegations in Paragraph 24 of the Complaint.

24. Defendant denies the allegations in Paragraph 25 of the Complaint.

25. Defendant denies the allegation in Paragraph 26 of the Complaint.

## RELIEF REQUESTED

Defendant denies that Plaintiff is entitled to any of the relief requested in its Request for Relief.

## AFFIRMATIVE AND OTHER DEFENSES

Without assuming any burden of proof or persuasion that rests with Plaintiff, Defendant hereby asserts the following affirmative defenses. Defendant reserves its right to assert additional affirmative defenses in accordance with the Federal Rules of Civil Procedure as its investigation into the facts and circumstances herein alleged continues during the course of this litigation, including discovery, trial, or otherwise.

6347563-1

## FIRST DEFENSE

Plaintiff's claims fail to state a claim for which relief can be granted against Defendant.

## SECOND DEFENSE

Plaintiff failed to take all steps necessary and proper to mitigate damages. The Plaintiff's damages, if any, should be reduced to the extent that they failed to mitigate those damages.

Dated: New York, New York
July 7, 2022

OLSHAN FROME WOLOSKY LLP

By: */s/ Joseph B. Weiner*
Michael S. Fox
Joseph Weiner
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
*Attorneys for Defendant*