MAZZOLA LINDSTROM LLP
*Attorneys for Plaintiff*
*Jiangsu Soho Technology Trading Co., Ltd.*
1350 Avenue of the Americas, 2FL
New York, New York 10019
646-216-8178

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIANGSU SOHO TECHNOLOGY TRADING CO., LTD., <br><br> Plaintiff, <br> -against- <br><br> AGE GROUP LTD., <br><br> Defendant. | Case No.: 1:22-cv-04960-ALC <br><br> **Notice of Appearance** |

     **PLEASE TAKE NOTICE** that Jean-Claude Mazzola of the firm Mazzola Lindstrom LLP hereby appears in the above captioned case as counsel for Plaintiff JIANGSU SOHO TECHNOLOGY TRADING CO., LTD., and requests that all notices and all papers served or required to be served in this case be also given to and served upon the undersigned counsel.

Date:  New York, New York
       August 31, 2022

                                                 MAZZOLA LINDSTROM LLP

                                                 Jean-Claude Mazzola
                                                 1350 Avenue of the Americas, 2FL
                                                 New York, NY 10019
                                                 646-216-8585
                                                 jeanclaude@mazzolalindstrom.com
                                                 *Attorneys for Plaintiff*
                                                 *Jiangsu Soho Technology*
                                                 *Trading Co., Ltd.*