UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIANGSU SOHO TECHNOLOGY TRADING CO., LTD., <br><br> Plaintiff, <br><br> -v- <br><br> AGE GROUP LTD., <br><br> Defendant. | CIVIL ACTION NO.: 22 Civ. 4960 (ALC) (SLC) <br><br> **AMENDED INITIAL CASE MANAGEMENT <br> <u>CONFERENCE SCHEDULING ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request to adjourn the initial case management conference (the "Conference") scheduled for March 28, 2023 at 10:00 a.m. (ECF No. 13) is GRANTED IN PART, and the Conference is ADJOURNED to **Friday, April 28, 2023 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the Conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c). Counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) no later than **21 days before** the Conference and, no later than **one week (seven (7) calendar days) before** the Conference, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave. To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

The Clerk of Court is respectfully directed to close ECF No. 13.

Dated: New York, New York  
March 17, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**