UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIANGSU SOHO TECHNOLOGY TRADING CO., LTD.,

                      Plaintiff,

-v-                                        CIVIL ACTION NO.: 22 Civ. 4960 (ALC) (SLC)

AGE GROUP LTD.,                         **ORDER**

                      Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On March 17, 2023, the Court adjourned the initial case management conference to April 28, 2023, and directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan (the "PCMP") by April 21, 2023. (ECF NO. 14). The parties failed to file the PCMP by the court-ordered deadline. As a one-time courtesy, the Court <u>sua sponte</u> extends this deadline, and directs the parties to file the PCMP by **5:00 today, April 27, 2023**. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave. To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

Dated:     New York, New York          SO ORDERED.
             April 27, 2023

                                                         **SARAH L. CAVE**
                                                         United States Magistrate Judge