UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIANGSU SOHO TECHNOLOGY TRADING CO., LTD.,

                               Plaintiff,

-v-

AGE GROUP LTD.,

                               Defendant.

CIVIL ACTION NO.: 22 Civ. 4960 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 28, 2023, the Court entered a case management plan ordering, inter alia, that fact discovery be completed by September 29, 2023 and directing the parties to file a joint letter (the "Letter") certifying the completion of fact discovery by October 6, 2023. (ECF No. 17 ¶ 6.A). The parties failed, however, to file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **October 11, 2023**.

Dated:      New York, New York
              October 10, 2023

                                                 SO ORDERED.

                                                 **SARAH L. CAVE**
                                                 **United States Magistrate Judge**