UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JIANGSU SOHO TECHNOLOGY TRADING
CO., LTD.,

                Plaintiff,               Case No.: 1:22-cv-04960-ALC

    -against-

                           **CONSENT JUDGMENT**

AGE GROUP LTD.,

                Defendant.
-----------------------------------------------------------X

       Plaintiff Jiangsu Soho Technology Co., Ltd. ("Plaintiff") and Defendant Age Group Ltd. ("Defendant"), having agreed to a settlement of this action and having consented to the entry of this Judgment without trial, adjudication of any issue of fact or law, or appeal, IT IS HEREBY ORDERED, ADJUGDED AND DECREED that:

     1.      This Court has jurisdiction over Defendant and the subject matter of this action.

     2.      In 2019, the parties entered into a contract for the sale of goods. Plaintiff delivered the goods to Defendant and Defendant failed to make payment to the Plaintiff.

     3.      On June 13, 2022, Plaintiff filed this action to recover moneys due for goods sold by Plaintiff to Defendant, together with applicable interest, costs, and attorney's fees. Plaintiff shipped and delivered goods to Defendant, but Defendant failed to timely make payments under the invoices.

     4.      Defendant agrees that the amount owed to Plaintiff totals $1,852,405.85.

     5.      Nothing contained herein may be taken as or construed to be an admission or concession of any alleged violation of law, rule, or regulation, or of any other matter or fact of law, or of any liability or wrongdoing. This Consent Judgment shall not be construed or used as a

waiver or limitation of any defense otherwise available to Defendant in any other matter, or of Defendant's right to defend himself from, or make any arguments in, any other regulatory, governmental, private individual, or class claims, suits, or investigations relating to the subject matter or terms of this Consent Judgment.  It is the intent of the Parties that this Consent Judgment shall not be binding or admissible in any other matter, other than in connection with the enforcement of the provisions of this Consent Judgment, including in bankruptcy proceedings. Notwithstanding the foregoing, Plaintiff may enforce the terms of this Consent Judgment.

6.      This Court enters judgment against Defendant and in favor of Plaintiff in the amount of $1,852,405.85.

7.      By way of this judgment, Plaintiff agrees to release officers, directors, and employees of Defendant, Age Group Ltd., from liability related to this action.

8.      This Court retains jurisdiction of this matter as necessary to resolve disputes, if any, arising between Plaintiff and Defendant, insofar as it relates to compliance by Defendant with the terms of this Judgment. This Judgment is a final Judgment with respect to all matters in the Complaint.

9.      The parties hereto waive any right to appeal from this Judgment and any right to challenge it in any way.

SO ORDERED, this 12th day of October, 2023

_____

Hon. Andrew L. Carter, Jr.

The Clerk of the Court is respectfully directed to close this case.